# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NELSON ROLON, | CIVIL ACTION NO. 3:13-CV-1581 |
| Plaintiff, | |
| v. | (JUDGE CAPUTO) |
| LACKAWANNA COUNTY, et al., | |
| Defendants. | |

## ORDER

**NOW** this 19th day of February, 2014, **IT IS HEREBY ORDERED** that:

(1) Defendant Lackawanna County's Motion to Dismiss Amended Complaint or in the Alterative, to Stay Proceedings (Doc. 19) is **DENIED**.

(2) Defendant Lackawanna County has **twenty-one (21) days** from the date of entry of this Order to file an Answer to the Amended Complaint.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge